JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASISTENCIA VILLA POST ACUTE, LLC, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMREICA,<br><br>Defendants. | Case No. 5:25-cv-01295-AB-ACCV<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION FOR DISMISSAL** |

**<u>~~[PROPOSED]~~ ORDER</u>**

The Court APPROVES the parties' Notice of Settlement and Stipulation for Dismissal, and good cause showing, ORDERS that this action is DISMISSED WITH PREJUDICE but for the Court retaining jurisdiction to enforce the terms of the settlement agreement between the parties.

All hearing dates are hereby **<u>VACATED</u>**.

IT IS SO ORDERED.

Dated: November 10, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE